**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

UNITED STATES OF AMERICA

v.

ALEJANDRO MENDOZA-HERNANDEZ,

Defendant.

CASE NO.: 2:26-cr-17

**O R D E R**

The parties have informed the Court, by and through their Joint Status Report, doc. 29, that Defendant Alejandro Mendoza-Hernandez has been deported.  Counsel for the Government has also informed the Court that the Government does not intend to dismiss the case at this time.  Accordingly, this case is hereby **ADMINISTRATIVELY STAYED** until further Order of the Court.  The parties are **ORDERED** to update the Court on the record within ten (10) days of a change in status of the related case.

**SO ORDERED**, this 22nd day of July, 2026.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA